Name and address:

Robert E. Aycock, William O. Kimball, William B. Chadwick
PIA ANDERSON MOSS HOYT
136 East South Temple, 19th Floor
Salt Lake City, Utah 84111

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPITO, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>Jason Luong, et at.<br><br>Defendant(s), | CASE NUMBER<br><br>2:17-cv-08961-SJO-AGR<br><br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $325 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Chadwick, William B.
*Applicant's Name (Last Name, First Name & Middle Initial)*                                     check here if federal government attorney ☐

PIA ANDERSON MOSS HOYT
*Firm/Agency Name*

136 E. South Temple, 19th Floor                    801-350-9000                    801-350-9010
                                                    *Telephone Number*              *Fax Number*

*Street Address*

Salt Lake City, Utah 84111                          wchadwick@pamhlaw.com
*City, State, Zip Code*                             *E-mail Address*

**I have been retained to represent the following parties:**

SHIPITO, LLC                                       ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
                                                   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Utah State Bar | 10/17/17 | Yes |
| U.S. District Court - Utah | 10/17/17 | Yes |
| U.S. Patent and Trademark Office | 05/30/17 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:15-cv-04424 | ATEN International v. Uniclass Technology, et al | 12/08/17 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   [X] Yes   [ ] No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   [ ] Yes   [X] No

wchadwick@pa-law.com
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  February 9, 2018

William B. Chadwick
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Lee, Jen-Feng
*Designee's Name (Last Name, First Name & Middle Initial)*

LT Pacific Law Group, LLP
*Firm/Agency Name*

17800 Castleton Street, Suite 560
*Street Address*

City of Industry, CA 91748
*City, State, Zip Code*

626-810-7200
*Telephone Number*

626-810-7300
*Fax Number*

jflee@ltpacificlaw.com
*E-mail Address*

204328
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  February 9, 2018

Jen-Feng Lee
*Designee's Name (please type or print)*

*/s/ Jen-Feng Lee*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)



# Utah State Bar

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

**John C. Baldwin**
Executive Director

**Board of Bar Commissioners**

**John R. Lund**
President
Parsons Behle & Latimer
Salt Lake City

**H. Dickson Burton**
President-elect
TraskBritt
Salt Lake City

**S. Grace Acosta**
Lewis Hansen Law Firm
Salt Lake City

**John W. Bradley**
Utah Attorney General's Office
Ogden

**Steven R. Burt, AIA**
Public Member
Entelen Design Build
Salt Lake City

**Kate A. Conyers**
Salt Lake Legal Defenders Assoc.
Salt Lake City

**Heather M. Farnsworth**
Match & Farnsworth
Salt Lake City

**Mary Kay Griffin, CPA**
Public Member
Mayer Hoffman McCann
Salt Lake City

**Liisa A. Hancock**
Jeffs & Jeffs
Provo

**Mark O. Morris**
Snell & Wilmer
Salt Lake City

**Michelle Mumford**
Attorney at Law
Salt Lake City

**Herm Olsen**
Hillyard Anderson & Olsen
Logan

**Cara M. Tangaro**
Tangaro Law Firm
Salt Lake City

**Heather L. Thuet**
Christensen & Jensen
Salt Lake City

**Kristin K. Woods**
Attorney at Law
St. George

*This document expires 60 days from the date of issuance*

February 9, 2018

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING FOR WILLIAM BRYCE CHADWICK**

This is to certify that **WILLIAM BRYCE CHADWICK**, Utah State Bar **No. 16416**, sat for and successfully passed the Utah State Bar examination and was admitted to practice law in Utah on **October 17, 2017.**

**Mr. Chadwick** is currently an **ACTIVE** member of the Utah State Bar in good standing. "Good Standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar



Serving the public. Working for justice.