UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-08961 SJO (AGRx) | Date | March 12, 2018 |
|---|---|---|---|
| Title | Shipito, LLC v. Jason Luong et al | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Carol Zurborg | | |
| Deputy Clerk | Court Reporter | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Robert E. Aycock | | Not Present | |

**Proceedings:**     MANDATORY SCHEDULING CONFERENCE

Matter called.

Defendant's counsel is not present.

The Court indicates that it declines to exercise its discretion and will not entertain supplemental jurisdiction on State claims. Trial will process as to the first claim only.

The Court sets the following schedule:

Jury Trial:                Tuesday, January 15, 2019 @ 9:00 a.m.

Pretrial Conference:       Monday, January 7, 2019 @ 9:00 a.m.

Motion Cutoff:             Tuesday, November 13, 2018 @ 10:00 a.m.

Discovery Cutoff:          Monday, October 15, 2018

Last Date to Amend:        Thursday, April 12, 2017.

Settlement is referred to the Alternative Dispute Resolution Program for all further proceedings.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-08961 SJO (AGRx) | Date | March 12, 2018 |
|---|---|---|---|
| Title | Shipito, LLC v. Jason Luong et al | | |

information without a discovery request.

Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:

1. All Jury Instructions, agreed and opposed;
2. Verdict Forms;
3. Proposed Voir Dire Questions;
4. Agreed-To Statement of Case;
5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10. Exhibits properly labeled, tagged, and in binders.

cc: ADR Coordinator

|  | : | 0/06 |
|---|---|---|
| Initials of Preparer | | vpc |