# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-8961-SJO (AGRx) | Date | May 4, 2018 |
|---|---|---|---|
| Title | Shipito, LLC v. Jason Luong, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Karl Lozada | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nonr | None |

**Proceedings:** **In Chambers: FURTHER PROCEEDINGS ON JOINT STIPULATION FOR PROPOSED PROTECTIVE ORDER (Dkt. No. 49)**

On April 27, 2018, the parties filed a joint stipulation and attached a proposed protective order. (Dkt. No. 49.)

The proposed protective order contains an unusual provision that permits a party to designate documents as "confidential information – not to be disclosed to other defendants."[1] (DKt. No. 49-1 ¶ 4(h).) The defendant receiving the plaintiff's production would be prohibited from disclosing such designated documents to a co-defendant. (*Id.* ¶ 5:22-25.)

These provisions do not appear workable, particularly in light of the parties' pretrial obligations in Local Rule 16 and the general purpose of discovery to eliminate surprise at trial. The pretrial conference is scheduled for January 7, 2019, and trial is set on January 15, 2019. (Dkt. No. 47.)

IT IS ORDERED that the matter is set for a telephonic discovery conference on Tuesday, May 8, 2018 at 2:00 p.m.

No appearance is required if counsel agree that these provisions may be deleted and so advise the Courtroom Clerk, Karl Lozada, at AGR_Chambers@cacd.uscourts.gov on or before May 7, 2018 by 3:00 p.m..

Initials of Preparer    kl

---

[1] The provision is reciprocal but there is only one plaintiff in this action.