Robert E. Aycock (*pro hac vice*)
raycock@pamhlaw.com
William O. Kimball (*pro hac vice* forthcoming)
bkimball@pamhlaw.com
William B. Chadwick (*pro hac vice*)
wchadwick@pamhlaw.com
PIA ANDERSON MOSS HOYT
136 East South Temple, 19th Floor
Salt Lake City, UT 84111
T: (801) 350-9000
F: (801) 350-9010
*Attorneys for Plaintiff*

Alan E. Engle, SBN 224779
alan.engle@meenlegal.com
MEADOR & ENGLE
5151 California Ave., Suite 100
Irvine, CA 92617
T: 310-428-6985
F: 714-386-5268
*Attorneys for Defendants*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPITO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JASON LUONG, an individual; PLANET EXPRESS SHIPPING, LLC; and Does 1-10, <br><br> Defendants. | No. 2:17-cv-08961-SJO-AGR <br><br> **JOINT DISCOVERY CONFERENCE REPORT** <br><br> Magistrate Judge Rosenberg <br><br> Conference: Monday, July 9, 10:00 a.m. |

**Defendants' Statement**

The parties compete in the field of international package forwarding. Defendant Luong, the founder of Planet Express, was previously employed as a manager at Shipito. The sole cause of action is a claim for trade secret misappropriation under the federal Defend Trade Secrets Act of 2016 (DTSA).

Defendants have served a single interrogatory requesting plaintiff to, "Identify with specificity each and every alleged trade secret that You contend either named defendant misappropriated from Shipito." Plaintiff has answered this interrogatory, but defendants believe its answer is insufficient.

Defendants seek for Court to require Shipito to specify the allegedly misappropriated trade secret(s) with particularity, in a manner similar to that required by Cal. Civ. Proc. Code § 2019.210 for trade secret claims under California law.

**Plaintiff's Statement**

Plaintiff responded to Defendants' interrogatory as follows:

Plaintiff contends that Defendant Jason Luong and/or Defendant Planet Express Shipping, LLC have misappropriated at least the following highly confidential trade secrets from Plaintiff:

- Customer lists
- Carrier agreements
- Order flow
- Methods for fulfilling special orders
- Source code
- Financial information
- Marketing strategy
- Pricing formula

In addition, pursuant to Fed. R. P. 33(d), Plaintiff states that responsive information be found within at least the First Amended Complaint (Dkt.

Joint Discovery Conference Report
2:17-cv-08961-SJO-AGR

1

38), the Declaration of Chris Boyle (Dkt. 25-1) and the Declaration of Ernest Fata (Dkt. 25-2).

The declarations identified by Plaintiff pursuant to Fed. R. Civ. P. 33(d) were provided by Chris Boyle (President and Founder of Plaintiff's parent company) and Ernest Fata (Founder and CEO of another international package forwarding company, and another of Mr. Luong's previous employers). These declarations were submitted in support of Plaintiff's Opposition to Defendants' motion to dismiss for lack of personal jurisdiction or to change venue.

Plaintiffs seek that discovery of its trade secrets claim under the Federal Defend Trade Secrets Act proceed as ordered under the Scheduling Order (Dkt. 47) and the Federal Rules of Civil Procedure.

Dated: July 6, 2018.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert E. Aycock | /s/ Alan Engle |
| Robert E. Aycock | Alan E. Engle |
| RAycock@pa-law.com | alan.engle@meenlegal.com |
| William O. Kimball | MEADOR & ENGLE |
| William B. Chadwick | 5151 California Ave., Suite 100 |
| PIA ANDERSON MOSS HOYT | Irvine, CA 92617 |
| 136 East South Temple, 19th Floor | T: 310-428-6985 |
| Salt Lake City, UT 84111 | F: 714-386-5268 |
| T: (801) 350-9000 | *Attorneys for Defendants* |
| F: (801) 350-9010 | |

Jen-Feng Lee, SBN 204328
Kenneth K. Tanji, Jr., SBN 162273
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200

Joint Discovery Conference Report
2:17-cv-08961-SJO-AGR

F: 626-810-7300
*Attorneys for Plaintiff*

Joint Discovery Conference Report
2:17-cv-08961-SJO-AGR