Robert E. Aycock (admitted *pro hac vice*)
raycock@pa-law.com
William O. Kimball (*pro hac vice* forthcoming)
bkimball@pa-law.com
William Chadwick (admitted *pro hac vice*)
wchadwick@pa-law.com
PIA ANDERSON MOSS HOYT, LLC
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111
T: 801.350.9000
F: 801.350.9010

[additional counsel listed on signature page]

*Attorneys for Shipito, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPITO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JASON LUONG, PLANET EXPRESS SHIPPING, LLC, and DOES 1 through 10<br><br>Defendants. | No. 2:17-cv-08961-SJO-AGR<br><br>**CERTIFICATE OF COMPLIANCE WITH DISCOVERY ORDER**<br><br>Judge: Hon. S. James Otero |

_____

Plaintiff Shipito, LLC ("Plaintiff") hereby represents that it has complied with the July 9, 2018 Order requiring it to serve a supplemental response to Defendant's interrogatory. Dkt. 56. That supplemental response was sent via email to Defendants' counsel on July 23, 2018.

DATE: July 23, 2018.

PIA ANDERSON MOSS HOYT

*/s/Robert E. Aycock*
Robert E. Aycock (admitted *pro hac vice*)
raycock@pa-law.com
William O. Kimball (admitted *pro hac vice*)
bkimball@pa-law.com
William Chadwick (admitted *pro hac vice*)
PIA ANDERSON MOSS HOYT, LLC
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111

Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626.10.7200
F: 626.810.7300

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2018, a true and correct copy of the foregoing **CERTIFICATE OF COMPLIANCE WITH DISCOVERY ORDER** was served via electronic mail on the following:

Alan Engle – alan.engle@meenlegal.com

*/s/ Hilda Echegaray*