Alan Engle (Bar No. 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
5151 California Ave., Suite 100
Irvine, CA 92617
Telephone: (310) 428-6985
Facsimile: (714) 386-5368

Attorneys for Defendants Jason Luong and
Planet Express Shipping, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHIPITO, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JASON LUONG, PLANET EXPRESS SHIPPING, LCC, and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO. 2:17−cv−08961−SJO-AGR<br><br>**DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE MOTION CUTOFF DATE BY 13 DAYS**<br><br>Judge: Hon. S. James Otero<br>Hearing Date: None Requested<br>**Trial Date: January 15, 2019** |

# EX PARTE APPLICATION TO CONTINUE
# MOTION CUTOFF DATE BY 13 DAYS

Defendants submit this ex parte application to continue the current Motion Cutoff date by 13 days, from November 13, 2018 to November 26, 2018 or as soon thereafter as possible. Trial is scheduled for January 15, 2019. (Scheduling Order, Dckt #47) The current Motion Cutoff date renders the filing of summary judgment motions by either party impracticable in light of the current deposition schedule, the immanent close of discovery, and the requirements of the Court's Standing Order for Civil Cases. Defendants' therefore respectfully request the Court continue the Motion Cutoff date by 13 days (the current cutoff date falls on the day after Veterans' Day) to allow for the filing of dispositive motions.

This case involves a single cause of action for trade secret misappropriation under the Defend Trade Secrets Act. 18 U.S.C. §§ 1836-39. The Discovery Cutoff date is this coming Monday, October 15, 2018. Plaintiff deposed Defendant Luong yesterday and is scheduled to depose another employee of Planet Express today. The sole deposition noticed by defendants is scheduled for Monday, October 15 in Utah. Also, the deadline for plaintiff to produce documents and answer outstanding interrogatories and requests for admission is October 15. It is anticipated that the deposition and discovery responses will be relevant to defendants' contemplated motion for summary judgment.

The current November 13 Motion Cutoff Date falls 29 days after the October 15 discovery cutoff. Given the 28 day notice period required by L.R. 6-1, this would require that any motion for summary judgement be filed the day after the sole deposition taken by defendants and 5 days after the deposition of defendant Luong, prior to the availability of rough transcripts.

Further, because there is a protective order in place (Protective Order, Dckt #53), under sec. 31.c. of the Court's Standing Order (35 days notice required when a

protective order is in place), the presumptive deadline for filing a dispositive motion was actually Tuesday, October 9th, prior to any of three total depositions scheduled by either party in this matter. Also, as this is a trade secret case where defendants will likely seek to file at least two documents designated by plaintiff as Highly Confidential in connection with their contemplated motion, they are required to provide plaintiff with an opportunity to file an application to seal under L.R. 79-5.1 and Standing Order sec. 31.e.

Plaintiff's primary counsel, located in Utah, have been in Los Angeles this week and there has been some in-person discussion of a possible joint request to continue the motion cutoff date in light of the issues raised above, but no stipulation has been agreed to.

Specifically, on Wednesday the 10th, counsel for plaintiff conducted a noticed inspection of defendants' business premises. During the inspection, I raised the issue of the timing for filing of dispositive motions in light of the immanent discovery cutoff date. Counsel for plaintiff appeared to agree that it would be desirable to continue the motion cutoff date but did not immediately agree to a joint request.

The next day, at the deposition of Mr. Luong, I again raised the issue of a possible joint request to continue the motion cutoff date. Counsel for plaintiff indicated he believed client consent would be needed to join in such a request. Thus, counsel for plaintiff is aware of defendants' desire to request a continuance of the current cutoff date and has not rejected the possibility of a joint motion, but due to the time constraints and the deposition scheduled for today, I am submitting this application ex parte. I intend to personally serve plaintiff's counsel with a copy of this application and the accompanying proposed order prior to the start of today's deposition at 10 a.m.

In addition to the considerations above, continuing the motion cutoff date by 13 days, from November 13, 2018 to November 26, 2018 or as soon thereafter as possible, would promote the "just, speedy, and inexpensive determination" of this action by potentially obviating the need for trial. (Fed. R. Civ. P. 1)

                                    Respectfully submitted,

Dated: October 12, 2018          MEADOR & ENGLE

                                    */s/ Alan Engle*
                                    Alan E. Engle
                                  5151 California Ave, Suite 100
                                  Irvine, CA 92617
                                  310-428-6985
                                  alan.engle@meenlegal.com
                                  Attorneys for Defendants Jason Luong and Planet Express, LLC