Robert E. Aycock (admitted *pro hac vice*)
raycock@pa-law.com
William O. Kimball (admitted *pro hac vice*)
bkimball@pa-law.com
William Chadwick (admitted *pro hac vice*)
wchadwick@pa-law.com
PIA ANDERSON MOSS HOYT, LLC
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111
T: 801.350.9000
F: 801.350.9010

[additional counsel listed on signature page]

*Attorneys for Shipito, LLC*

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
February 6, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPITO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JASON LUONG, PLANET EXPRESS SHIPPING, LLC, and DOES 1 through 10 <br><br> Defendants. | No. 2:17-cv-08961-SJO-AGR <br><br> **~~[PROPOSED]~~ CONSENT JUDGMENT AND PERMANENT INJUNCTION** <br><br> Judge: Hon. S. James Otero |

Having reviewed the stipulation of the parties for entry of a Consent Judgment and Permanent Injunction, being fully advised in the premises, and for good cause shown, the Court hereby makes the following findings and enters Final Judgment as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Shipito, LLC is a Utah limited liability company having a principal place of business at 9815 S. Monroe St., Suite 510, Sandy, UT 84070.

2. Planet Express is a California limited liability company having a principal place of business at 17224 S. Figueroa St., Gardena, CA 90248.

3. Jason Luong is an individual residing at 2815 Sepulveda Blvd., Torrance, CA 90505.

4. The Court has personal jurisdiction over the Defendants Planet Express and Luong.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)-(c).

6. The Court has subject matter jurisdiction over the claims asserts in Shipito's First Amended Complaint pursuant to 28 U.S.C. §§1331 and 1338(a)-(b).

## TRADE SECRET MISAPPROPRIATION

7. Shipito owns and possesses certain valuable, confidential, proprietary, and trade secret information ("***Trade Secrets***"). Shipito's Trade Secrets include its source code, database schema, customer information, carrier agreements, and order and operations flow.

8. Plaintiff has taken reasonable measures to keep its Trade Secrets and associated information confidential.

9. Due to Shipito's efforts to keep its Trade Secrets confidential, the Trade Secrets are not generally known to, and are not readily ascertainable through proper means by, other persons who can obtain economic value from the disclosure or use of the information.

10. Shipito's Trade Secrets derive independent economic value from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

11. Luong and Planet Express acquired Shipito's Trade Secrets through improper means and had reason to know that the Trade Secrets were acquired by improper means.

12. Luong and Planet Express disclosed and used Shipito's Trade Secrets without express or implied consent from Shipito.

13. As a direct and proximate result of Luong and Planet Express's misappropriation of Shipito's Trade Secrets, Shipito has suffered severe competitive harm, irreparable injury, and significant damages.

## FINDINGS ON PERMANENT INJUNCTION

14. Shipito has established that it is entitled to prevail on the merits of its trademark misappropriation claims.

15. Shipito has suffered and will continue to suffer irreparable harm by reason of the wrongful conduct of Luong and Planet Express.

16. The balance of hardships and public policy favor the issuance of a permanent injunction in favor of Shipito.

## PERMANENT INJUNCTION

17. Defendants Luong and Planet Express and their officers, agents, servants, employees, and all persons acting in active concert or participation with them who receive actual notice of this injunction by personal service or otherwise are hereby permanently enjoined as follows:

    a. Luong and Planet Express are enjoined from acquiring, using or disclosing any of Shipito's Trade Secrets;

    b. Luong and Planet Express are required to immediately destroy all copies of all files or documents containing Shipito's Trade Secrets;

    c. Luong and Planet Express are enjoined from soliciting, endeavoring to entice away from Shipito, or otherwise interfere with Shipito's relationship with any of its employees; and

    d. Luong and Planet Express are enjoined from soliciting, endeavoring to entice away from Shipito, or otherwise interfere with Shipito's relationship with any of its clients, service providers, or customers.

## FINAL JUDGMENT

18. Final judgment is hereby entered in favor of Shipito and against Planet Express and Luong on the claims of the First Amended Complaint.

19. All parties shall bear their respective attorneys' fees and costs. The terms of the Settlement Agreement between the parties and this judgment are to be construed together.

20. This judgment fully and finally resolves, for purposes of res judicata and collateral estoppel, any and all issues of trade secret misappropriation arising out of the allegations of the First Amended Complaint.

21. The Court shall maintain jurisdiction over this action for purposes of enforcement of this Permanent Injunction and Consent Judgment and the Settlement Agreement between Shipito and the Defendants.

DATED this ___6th____ day of February, 2019.

*S. James Otero*

Hon. S. James Otero
United States District Judge

APPROVED AS TO FORM AND CONTENT:

PIA ANDERSON MOSS HOYT                    MEADON & ENGLE

*/s/ Robert E. Aycock*                    */s/* _____
Robert E. Aycock (admitted *pro hac vice*)   Alan Engle (Bar No. 224779)
raycock@pa-law.com                         alan.engle@meenlegal.com
William O. Kimball (admitted *pro hac vice*) 5151 California Ave., Suite 100
William B. Chadwick (admitted *pro hac vice*) Irvine, CA 92617
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111                  *Attorney for Defendants Jason Luong and Planet Express Shipping, LLC*

Jen-Feng Lee, SBN 204328
Kenneth K. Tanji, Jr., SBN 162273
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748

*Attorneys for Plaintiff Shipito, LLC*